# EXHIBIT B

| | |
|---|---|
| District Court, County of Weld, State of Colorado<br>901 9th Ave, Greeley, CO 80631<br>(970) 475-2400 | DATE FILED: February 4, 2020 4:12 PM<br>FILING ID: 3B80D0A8DC6D8<br>CASE NUMBER: 2020CV30106 |
| **J&B MACHINE, LLC**,<br>a Colorado limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**BMADDOX ENTERPRISES, LLC d/b/a SILENCER CENTRAL, a South Dakota limited liability company**<br><br>Defendants. | ▲ COURT USE ONLY ▲ |
| J. Brad March<br>MARCH & OLIVE, LLC<br>Attorney for Plaintiff<br>1312 S. College Ave.<br>Fort Collins, CO 80524<br>Telephone: (970) 484-3990<br>Fax: (970) 482-5719<br>e-mail: bmarch@bmarchlaw.com<br>Attorney Reg. #13355 | Case No.  2020 CV_____<br><br>Div./Ctrm.: |
| **COMPLAINT** ||

Plaintiff, J&B Machine, LLC, a Colorado limited liability company in good standing with the State of Colorado, brings this action to recover damages for breach of contract. In support of this Complaint, Plaintiff states and avers as follows:

1.      Venue is proper in this Court, since the Plaintiff does business in Weld County, Colorado, the majority of the acts pertaining to the claims in this Complaint took place in Weld County, Colorado, and Defendant's registered agent is located in Weld County, Colorado.

2.      Plaintiff J&B Machine, LLC is a Colorado Limited Liability Company located at 370 East 16th Street, Greeley, Colorado 80631.

3.      Defendant BMaddox Enterprises, LLC, d/b/a Silencer Central, is a South Dakota limited liability company located at 7511 S. Louise Avenue, Suite 101, Sioux Falls, South Dakota, 57108. Defendant is registered as a foreign entity with the Colorado Secretary of State pursuant to C.R.S. § 7-90-803, and Steven Chavez is designated Registered Agent in Colorado for Defendant with a registered address at 370 East 16th Street, Greeley, Colorado 80631.

4.     Plaintiff issued Defendant a Quotation on August 14, 2019 ("Quotation") for the manufacture and delivery of 4,000 firearm silencers manufactured to the specifications of Defendant, at a delivery price of $379.93 each for a total price of $1,519,720.00.

5.     Defendant issued Purchase Order #PO-3872 ("Purchase Order") on August 15, 2019, for Plaintiff to complete the order detailed in the Quotation.

6.     The Quotation and Purchase Order included the term: "10% of the order total due at time of order. This deposit will be credited towards final invoice against PO."

7.     The Quotation and Purchase Order included the term: "400 pcs due by 01/01/2020. Approximately 400 pc monthly releases there after."

8.     The Quotation and Purchase Order included, in relevant part, the term:

> Verbiage to be included on PO: "10% of order due at time of order to J&B. J&B to use funds for procurement of raw materials for PO. J&B will credit this deposit towards final invoice against PO. If at any point for any reason, Silencer Central terminates the PO all unused materials and conforming inventory will be billed to and payment due immediately from Silencer Central. If this occurs, the 10% down payment will be credited towards bill for unused materials.

9.     The Quotation and Purchase Order included the term: "Silencer Central agrees to accept and pay for all product shipped that conforms with agreed upon prints and finish requirements and will expediently return any non-conforming product for rework or replacement."

10.    Pursuant to the terms of the Quotation and Purchase Order, Defendant accepted the terms of the contract ("Contract") and paid to Plaintiff a deposit of $151,972.00 on August 16, 2019 ("Deposit").

11.    On August 21, 2019, pursuant to a request by Defendant, Plaintiff submitted a second quotation for the manufacture of an additional five hundred (500) silencers (Banish 223 units) at a price of $327.69 each, totaling $163,845.00 ("Additional Contract"); Defendant responded via email on August 21, 2019 approving the additional quantity and price.

12.    After execution of the Contract and receipt of Deposit, in accordance with the Contract, Plaintiff purchased raw materials, including: more than 20,000 pounds of Grade 5 Titanium of varying sizes; more than 1,000 pounds of Grade 9 Titanium of varying sizes; along with shipping. The total cost of the Raw Materials for the purchase order was $542,489.12

13.    After entering into the Contract on varying dates, the Plaintiff purchased specialized tooling required exclusively for completion of the Contract, at a cost of $39,465.53.

14.    On September 26, 2019, Plaintiff purchased a BNX-51 MSY 7-cutting axis lathe, a piece of machinery needed exclusively for completion of the Contract, at a cost of $220,110.00.

15.     Plaintiff has manufactured eight hundred (800) full Banish 30 Silencers ("Inventory") pursuant to the Contract, with four hundred (400) ready and four hundred (400) completed except for laser engraving and a final Gun Kote coating. Defendant refuses to take possession of any Inventory.

16.     Plaintiff has completed manufacture of various subassemblies pursuant to the Contract and Additional Contract, including two thousand eight hundred seventy (2,870) Silencer Assembly Keys, one hundred twelve (112) Banish 223 Breach Caps, one hundred twenty (120) Banish 223 End Caps, and one hundred (100) Banish 223 Spacers (collectively, the "Subassemblies").

17.     On February 3, 2020, Defendant refused to pay outstanding invoices or accept delivery required by the Contract and Additional Contract.

18.     On February 3, 2020, Plaintiff traveled to Defendant's office in South Dakota, whereupon Defendant told Plaintiff that the Contract was cancelled unless the Plaintiff agreed to accept new terms and conditions.

19.     Defendant has demanded that Plaintiff return the 10% Deposit paid.

## CLAIM FOR RELIEF
## BREACH OF CONTRACT

20.     Plaintiff incorporates all the allegations set forth in paragraphs 1 through 19 above and further alleges:

21.     Plaintiff has performed under the terms of the Contract and Additional Contract.

22.     Defendant has terminated the contract by the terms of the Contract and Additional Contract.

23.     Plaintiff submitted to Defendant an invoice for all unused Raw Materials, all Inventory, all Subassemblies, and all equipment purchased for the completion of the Contract and Additional Contract, in compliance with the terms of the contracts requiring immediate payment for all unused materials and conforming inventory minus the amount of the Deposit.

24.     Defendant has refused to pay any invoice from Plaintiff.

25.     Plaintiff requests payment under the Contract and Additional Contract in accordance with its terms.

26.     Plaintiff requests its attorney fees and costs.

        WHEREFORE, Plaintiff requests this Court enter judgment in its favor, and against Defendants, for amounts due and owing to Plaintiff; for interest, attorney fees and costs; and for such other and further relief as the Court may deem just and proper.

Dated this 4 day of February, 2020.

MARCH & OLIVE, LLC
*(Original Signature on File)*


By: /s/  J. Brad March
       J. Brad March